U.S. BANK NATIONAL ASSOCIATION, TRUSTEE *v.*
JOAN A. BOWEN ET AL.
(AC 32366)

Lavine, Espinosa and Borden, Js.

Submitted on briefs September 20—officially released October 11, 2011

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

TIMOTHY TOWNSEND, JR. *v.*
SANDRA SAVAGE ET AL.
(AC 32611)

DiPentima, C. J., and Gruendel and Lavine, Js.

Argued September 23—officially released October 18, 2011

Per Curiam. The judgment is affirmed.

ANTHONY CARTER *v.* COMMISSIONER
OF CORRECTION
(AC 32035)

Lavine, Bear and Schaller, Js.

Argued September 16—officially released October 18, 2011

Per Curiam. The appeal is dismissed.